# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATHANIEL ANDERSON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2020 CW 0400

**JUNE 19, 2020**

---

In Re:    Nathaniel Anderson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 649117.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.**   The district court is ordered to proceed toward disposition in this matter on or before July 20, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.